**DISMISS and Opinion Filed February 25, 2022**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00123-CV

### HC DALLAS, LLC, Appellant
### V.
### HIX MARKET CENTER MANAGEMENT, LLC AND SDG PLUS, INC., Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-00932**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Reichek, and Goldstein
Opinion by Justice Goldstein

Before the Court is appellant's February 22, 2022 unopposed motion to dismiss appeal. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

220123F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

HC DALLAS, LLC, Appellant

No. 05-22-00123-CV      V.

HIX MARKET CENTER
MANAGEMENT, LLC AND SDG
PLUS, INC., Appellees

On Appeal from the 162nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-00932.
Opinion delivered by Justice
Goldstein, Justices Partida-Kipness
and Reichek participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees HIX Market Center Management, LLC and SDG Plus, Inc. recover their costs, if any, of this appeal from appellant HC Dallas, LLC.

Judgment entered February 25, 2022.